IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60247
Conference Calendar
_____


MARIA LUIZA DOS SANTOS DINIZ,

                                      Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                      Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A29 983 576
- - - - - - - - - -
April 16, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Maria Luiza dos Santos Diniz asserts that the Board of
Immigration Appeals (BIA) abused its discretion in affirming the
order of the Immigration Judge denying her petition for
suspension of deportation.  Diniz argues that the deportation
would result in "extreme hardship."  8 U.S.C. § 1254(a)(1).

    We review the BIA's findings of no "extreme hardship" under

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

a strict standard for abuse of discretion. <u>Hernandez-Cordero v. INS</u>, 819 F.2d 558, 562-63 (5th Cir. 1987). Procedurally, our review is to determine that the BIA considered the factors individually and cumulatively. <u>Id.</u>, at 563. Substantively, we may find an abuse of discretion only when the hardship is such that "any reasonable person would necessarily conclude that the hardship is extreme." <u>Id.</u>

After reviewing the record before us, we conclude that the BIA did not abuse its discretion, either procedurally or substantively, in determining that no "extreme hardship" existed with the deportation of Diniz.

The petition for review is DENIED.